Decision Per Curiam.

The Tampa Marine Ways Company, Plaintiff in Error, vs. Furman H. Helveston and Victor A. Saunders, Copartners as Helveston & Saunders.

## DIVISION B.

Writ of error to the Circuit Court, Hillsborough county; M. G. Gibbons, Referee.

*P. O. Knight,* for Plaintiff in Error.

*C. C. Whitaker,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error.  There was judgment for the plaintiffs and the defendant takes writ of error.  The judgment is affirmed.